Minute Order Form (rev. 4/99)

**08CR 328**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | **Maria Valdez** MICHAEL W. DOBBINS |
|---|---|---|---|
| CASE NUMBER | 04 GJ 1062 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. MICHAEL NAPADOW | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____Maria Valdez_____

Docket Entry:

NO BOND SET. DEFENDANT IS CURRENTLY AND WILL REMAIN IN THE CUSTODY OF THE FEDERAL PRISON CAMP, DULUTH, MN.

**FILED**
APR 17 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE NOLAN**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| ___ No notices required, advised in open court. | | | Date docketed | |
| ___ No notices required. | | | Docketing dpty. initials | |
| ___ Notices mailed by judge's staff. | | | | |
| ___ Notified counsel by telephone. | | | Date mailed notice | |
| ___ Docketing to mail notices | | | | |
| ___ Mail AO 450 form. | | | Mailing dpty. initials | |
| ___ Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | |