UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No.08 CR 328 |
| MICHAEL NAPADOW, | ) | Judge Harry D. Leinenweber |
| also known as "Michael Holland" | ) | |

**UNITED STATES' MOTION TO DISMISS COUNT SIX OF THE INDICTMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves that this Honorable Court dismiss Count Six of the Indictment in the above-captioned case against the above-captioned defendant, pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:   /s Renai S. Rodney
RENAI S. RODNEY
RICK YOUNG
Assistant United States Attorneys
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**UNITED STATES' MOTION TO DISMISS COUNT SIX OF THE INDICTMENT**

was served on August 18, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's ECF system as to ECF filers, if any.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:   /s Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 353-4064