UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 CR 328 |
| MICHAEL NAPADOW, | ) | Judge Harry D. Leinenweber |
| also known as "Michael Holland" | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008 at 10:00a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Harry D. Leinenweber in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present UNITED STATES' MOTION TO DISMISS COUNT SIX OF THE INDICTMENT in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-4064

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that on August 18, 2008, this NOTICE OF MOTION was served in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-4064