## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 328 | **DATE** | 8/20/2008 |
| **CASE TITLE** | United States of America vs. Michael Napadow | | |

**DOCKET ENTRY TEXT**

Jury trial held. Jury deliberations begin. Trial jury ends. Jury verdict of guilty as to counts ONE (1) through FIVE (5). Court enters judgment of guilty on the verdict. Order cause referred to the probation office for presentence investigation. Sentencing set for 11/20/2008 @ 9:45 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

04:00

FILED
2008 AUG 20 PM 4:51
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA